# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| DEBORAH SPEAKMAN, | Case No. 1:18-cv-659 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | |
| TIGERPOLY MANUFACTURING, INC., *et al.*, | |
| Defendants. | |

## ORDER

This civil action is before the Court on Plaintiff's motion to change division from Southern District of Ohio, Western Division (Cincinnati) to Southern District of Ohio, Eastern Division (Columbus) (Doc. 3) because this action was erroneously filed in the Cincinnati Division, Southern District of Ohio. For good cause shown, that motion (Doc. 3) is **GRANTED**.

Accordingly, pursuant to 28 U.S.C. § 1404(b), **IT IS ORDERED** that this case be **TRANSFERRED** to the Eastern Division at Columbus of the United States District Court for the Southern District of Ohio for reassignment to a Judge at that location.

Date: 3/12/2019

*/s/ Timothy S. Black*
Timothy S. Black
United States District Judge